# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                      Plaintiff,       :      Case No. 3:13-cr-176
                                           Also Case No. 3:16-cv-203

-vs-

                                         District Judge Timothy S. Black

ROBERT LEE SUMLIN,                    Magistrate Judge Michael R. Merz

                      Defendant.     :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of Magistrate Judge Michael R.

Merz (ECF No. 155), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that

no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ.

P. 72(b) has expired, and for good cause shown upon the Court's de novo review, hereby ADOPTS

said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Defendant's Motion to Vacate (ECF No.

154) is DISMISSED with prejudice.  Defendant is DENIED any requested certificate of

appealability and the Court hereby certifies to the United States Court of Appeals that an appeal

would be objectively frivolous and therefore should not be permitted to proceed in forma

pauperis.

August _29_, 2016.

                                       _Timothy S. Black_
                                        Timothy S. Black
                                   United States District Judge